**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____     Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ragster Investment Group, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **dba Border 2 Border Logistics** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 2  7 – 0  9  5  7  7  4  7 |

4. **Debtor's address**

**Principal place of business**

**4249 S Burleson Blvd**
Number    Street

_____

**Alvarado**            **TX**    **76009**
City                State    ZIP Code

**Tarrant**
County

**Mailing address, if different from principal place of business**

**1301 E. Debbie Lane, Suite 102**
Number    Street
**PMB 902**
P.O. Box

**Mansfield**            **TX**    **76063**
City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____
City                State    ZIP Code

5. **Debtor's website (URL)**    _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  __Ragster Investment Group, Inc._____  Case number (if known) _____

| | | |
|---|---|---|

**7.   Describe debtor's business**

A.  *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒  None of the above

B.  *Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See
http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐  Chapter 7
☐  Chapter 9
☒  Chapter 11.   *Check all that apply:*

  ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐  A plan is being filed with this petition.

  ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

Debtor **Ragster Investment Group, Inc.** _____     Case number (if known) _____

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
  MM / DD / YYYY

  District _____ When _____ Case number _____
  MM / DD / YYYY

  District _____ When _____ Case number _____
  MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____

  District _____ When _____
  MM / DD / YYYY

  Case number, if known _____

  Debtor _____ Relationship _____

  District _____ When _____
  MM / DD / YYYY

  Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?**     *(Check all that apply.)*

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

  - ☐ It needs to be physically secured or protected from the weather.

  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  - ☐ Other _____

  **Where is the property?** _____
  Number     Street

  _____
  City     State     ZIP Code

  **Is the property insured?**

  - ☐ No
  - ☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

Debtor  **Ragster Investment Group, Inc.** _____  Case number (if known) _____

## Statistical and adminstrative information

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds** | _Check one:_ | | |

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/22/2022** _____
MM / DD / YYYY

X **/s/ Timothy Ragster** _____
Signature of authorized representative of debtor

**Timothy Ragster** _____
Printed name

**Chief Executive Officer** _____
Title

Debtor  **Ragster Investment Group, Inc.**                                    Case number (if known) _____

**18.   Signature of attorney**          X  **/s/ Joyce W. Lindauer**_____       Date  **11/22/2022**____

Signature of attorney for debtor                              MM / DD / YYYY

**Joyce W. Lindauer**_____

Printed name

**Joyce Lindauer**_____

Firm name

**Joyce W. Lindauer Attorney, PLLC**_____

Number        Street

**1412 Main Street, Suite 500**_____

**Dallas**_____       **TX**       **75202**_____

City                                  State      ZIP Code

**(972) 503-4033**_____       **joyce@joycelindauer.com**_____

Contact phone                             Email address

**21555700**_____       **TX**_____

Bar number                             State

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Ragster Investment Group, Inc.**                              CASE NO

                                                                          CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/22/2022                                Signature   **/s/ Timothy Ragster**
                                                            **Timothy Ragster**
                                                            **Chief Executive Officer**

Date _____              Signature _____

ACG Equipment Finance
9436 Hamilton Drive
Mentor, OH 44060


Amazon Business Card
American Express
PO Box 6031
Carol Stream, IL 60197-6031


Ascentium Capital LLC
PO Box 979059
Miami, FL 33197


Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548


Banterra Bank
3201 Banterra Drive
PO Box 310
Marion, IL 62959-0310


BMO Harris Bank NA
PO Box 35704
Billings, MT 59107


Capital One
PO Box 71141
Charlotte, NC 28272-1141


Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711


ENGS Commercial Finance Co.
1 Pierce Place, Suite 1100 West
Itasca, IL 60143

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Landstar Contractor Financing Inc.
13410 Sutton Park Dr. South
Jacksonville, FL 32224


Marlin Leasing Corporation
PO Box 13604
Philadelphia, PA 19101-3604


Mercedes-Benz Financial Services USA LLC
13650 Heritage Parkway
Fort Worth, TX 76177


Quantum 222 Trust
9300 Metcalf Avenue
Overland Park, KS 66212


Santander Bank, N.A.
3 Huntington Quadrangle, Suite 101N
Melville, NY 11747


Sumitomo Mitsui Finance & Leasing Co.
666 Third Avenue, 8th Floor
New York, NY 10017


U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242

```
U.S. Small Business Administration
SBA Disaster Loan Service Center
1545 Hawkins Blvd., Suite 202
El Paso, TX 79925-2652


UniFi Equipment Finance, Inc.
Attn: Doc Dept.
801 W. Ellsworth Rd.
Ann Arbor, MI 48108


US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530


Volvo Financial Services
Attn: Customer Service
7025 Albert Pick Rd., Suite 105
PO Box 26131
Greensboro, NC 27402-6131

Wells Fargo SBL
PO Box 29482
Phoenix, AZ 85038-8650
```